DLA PIPER US LLP
Megan K. Vesely (MV 6864)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for Defendants COMPREHENSIVE HEALTH MANAGEMENT, INC.
ET AL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                    :
XU ELIAN LIN, on behalf of herself and other persons               :
similarly situated,                                                 :
                                                                    :  Civil Action No.: 08 CV 6519 (PKC)
                                          Plaintiffs,               :
                                                                    :
                          - against -                               :
                                                                    :
COMPREHENSIVE HEALTH MANAGEMENT,                                    :
INC. ET AL.,                                                        :
                                                                    :
                                          Defendants.               :
                                                                    :
------------------------------------------------------------------ x


## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE, that DLA Piper US LLP appears in this action as

attorneys for defendants Comprehensive Health Management, Inc. ("CHMI"), Daniel Paritti,

Tamara Romero, Anthony Woods, Guangnan Yi a/k/a Fernando Yi, Shuk P. Leung a/k/a Ivy

Leung, Kwockching Ho a/k/a Joseph Ho, Namtin Chan a/k/a Alex Chan.  Please serve all notices

and other papers in this action upon the undersigned at 1251 Avenue of the Americas, New

York, New York  10020-1104.

Dated: New York, New York.
      August 29, 2008

DLA PIPER US LLP

By: _____
      Megan K. Vesely

1251 Avenue of the Americas
New York, NY  10020-1104
(212) 335-4500
megan.vesely@dlapiper.com

Attorneys for Defendants Comprehensive
Health Management, Inc., Daniel Paritti,
Tamara Romero, Anthony Woods, Guangnan Yi
a/k/a Fernando Yi, Shuk P. Leung a/k/a Ivy
Leung, Kwockching Ho a/k/a Joseph Ho,
Namtin Chan a/k/a Alex Chan

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appearance was filed through the ECF system which will provide electronic notice of its filing to all those who have appeared in this action.

_____
Megan K. Vesely

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appearance was filed through the ECF system which will provide electronic notice of its filing to all those who have appeared in this action.

Megan K. Vesely